# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIXIE, THOMAS M JR. | § | Case No. 12-80659 |
| RIXIE, CAROLYN A | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on        . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DANIEL M. DONAHUE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 12-80659   Doc 51   Filed 05/07/13   Entered 05/07/13 16:07:44   Desc Main
Document      Page 3 of 10

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-80659 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | RIXIE, THOMAS M JR. | | | | Date Filed (f) or Converted (c): | 02/27/12 (f) |
| | RIXIE, CAROLYN A | | | | 341(a) Meeting Date: | 04/02/12 |
| For Period Ending: | 05/01/13 | | | | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 629 Winfield Ave. South Beloit,IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. Box 241A Rt 3 Golconda, IL 62938 | 75,000.00 | 104,000.00 | | 104,000.00 | FA |
| 3. checking account w/ Stllman Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4. older household furniture & personal items | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. wedding rings and misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. employer provided term policy - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 8. term life policys w/ American Life - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9. pension account w/ Local 120 Unoin | 0.00 | 0.00 | | 0.00 | FA |
| 10. Swedes retirement plan | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Polaris 4 wheeler | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 1960 Chevy ( parts are still in boxes) | 500.00 | 0.00 | | 0.00 | FA |
| 13. 2010 Ford F350 | 30,000.00 | 0.00 | | 0.00 | FA |
| 14. 2010 Mercury Mariner | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Puma 5th wheel | 20,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $258,800.00 | $104,000.00 | | $104,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All the assets have been liquidated.  Claims have been reviewed and trustee will be filing a a final report within the
next 30 days.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-80659   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RIXIE, THOMAS M JR. | Date Filed (f) or Converted (c): | 02/27/12 (f) |
| | RIXIE, CAROLYN A | 341(a) Meeting Date: | 04/02/12 |
| | | Claims Bar Date: | 01/29/13 |

Initial Projected Date of Final Report (TFR): 06/01/13        Current Projected Date of Final Report (TFR): 06/01/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 12-80659 -MLB |
| Case Name: | RIXIE, THOMAS M JR. |
| | RIXIE, CAROLYN A |
| Taxpayer ID No: | *******5360 |
| For Period Ending: | 05/01/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******8852 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | 2 | KRUGER, HENRY & HUNTER REAL ESTATE | SALE PROCEEDS: REAL PROPERTY | | 35,324.42 | | 35,324.42 |
| | | STILLMAN BANK | Memo Amount: ( 59,866.06 ) | 4110-000 | | | |
| | | | PAYOFF MORTGAGE | | | | |
| | | STILLMAN BANK | Memo Amount: ( 39.66 ) | 4110-000 | | | |
| | | | 3 DAYS INTEREST PAYOFF | | | | |
| | | | Memo Amount: ( 975.00 ) | 2820-000 | | | |
| | | | PROPERTY TAXES | | | | |
| | | | Memo Amount: ( 1,189.86 ) | 2820-000 | | | |
| | | | PROPERTY TAXES | | | | |
| | | | Memo Amount: ( 6,240.00 ) | 3510-000 | | | |
| | | | REALTOR COMMISSION | | | | |
| | | KRUGER HENRY & HUNTER | Memo Amount: ( 103.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE | | | | |
| | | KRUGER HENRY & HUNTER | Memo Amount: ( 15.00 ) | 2500-000 | | | |
| | | | WIRE FEE | | | | |
| | | | Memo Amount: ( 38.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount: ( 156.00 ) | 2820-000 | | | |
| | | | REVENUE TAX STAMPS | | | | |
| | | | Memo Amount: ( 3.00 ) | 2820-000 | | | |
| | | | STATE REGULATORY FEE | | | | |
| | | KRUGER HENRY & HUNTER | Memo Amount: ( 50.00 ) | 2500-000 | | | |
| | | | STATUTORY CPL FEE | | | | |
| | | | Memo Amount: 104,000.00 | 1129-000 | | | |
| | | | SALE PROCEEDS: REAL ESTATE | | | | |
| 04/03/13 | 000100 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1st fee appl. | 3110-000 | | 6,184.50 | 29,139.92 |
| 04/03/13 | 000101 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST FEE APPL. | 3120-000 | | 211.17 | 28,928.75 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (3/8/13) | 2600-000 | | 33.87 | 28,894.88 |

Page Subtotals   35,324.42   6,429.54

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-80659 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | RIXIE, THOMAS M JR. | | Bank Name: | CONGRESSIONAL BANK |
| | RIXIE, CAROLYN A | | Account Number / CD #: | *******8852  GENERAL CHECKING |
| Taxpayer ID No: | *******5360 | | | |
| For Period Ending: | 05/01/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/17/13 | 000102 | BENNING GROUP, LLC<br>6785 Weaver Rd., Ste. 2A<br>Rockford, IL  61114-8056 | ACCOUNTING FEES | 3410-000 | | 500.00 | 28,394.88 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 104,000.00 | COLUMN TOTALS | 35,324.42 | 6,929.54 | 28,394.88 |
| Memo Allocation Disbursements: | 68,675.58 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 35,324.42 | 6,929.54 | |
| Memo Allocation Net: | 35,324.42 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 35,324.42 | 6,929.54 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 104,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 68,675.58 | GENERAL CHECKING - ********8852 | 35,324.42 | 6,929.54 | 28,394.88 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 35,324.42 | | 35,324.42 | 6,929.54 | 28,394.88 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        500.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 01, 2013 |
|---|---|---|---|---|---|---|

Case Number:  12-80659  
Debtor Name:   RIXIE, THOMAS M JR.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $7,866.00 | $7,866.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $312.54 | $312.54 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $2,096.96 | $2,096.96 |
| 000002<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $9,408.77 | $9,408.77 |
| 000003<br>070<br>7100-00 | Fifth Third Bank<br>1830 E. Paris S.E., MS #RSCB3E<br>Grand Rapids, MI  49546 | Unsecured | | $0.00 | $8,202.97 | $8,202.97 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $881.52 | $881.52 |
| 000005<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $4,751.74 | $4,751.74 |
| | Case Totals: | | | $0.00 | $33,520.50 | $33,520.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80659
Case Name: RIXIE, THOMAS M JR.
          RIXIE, CAROLYN A
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA | $ | $ | $ |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000003 | Fifth Third Bank | $ | $ | $ |
| 000004 | Capital One, N.A. | $ | $ | $ |
| 000005 | Citibank, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE