# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIXIE, THOMAS M JR. § Case No. 12-80659
RIXIE, CAROLYN A §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/10/2013 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue_____
                                             Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIXIE, THOMAS M JR. § Case No. 12-80659
RIXIE, CAROLYN A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 104,000.00 |
| and approved disbursements of | $ | 75,605.12 |
| leaving a balance on hand of[1] | $ | 28,394.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 8,450.00 | $ 0.00 | $ 8,450.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 7,866.00 | $ 6,184.50 | $ 1,681.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 312.54 | $ 211.17 | $ 101.37 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,232.87 |
| Remaining Balance | | $ | 18,162.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,341.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 71.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA | $ 2,096.96 | $ 0.00 | $ 1,502.84 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 9,408.77 | $ 0.00 | $ 6,743.05 |
| 000003 | Fifth Third Bank | $ 8,202.97 | $ 0.00 | $ 5,878.88 |
| 000004 | Capital One, N.A. | $ 881.52 | $ 0.00 | $ 631.77 |
| 000005 | Citibank, N.A. | $ 4,751.74 | $ 0.00 | $ 3,405.47 |
| | Total to be paid to timely general unsecured creditors | | $ | 18,162.01 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-80659-TML
Thomas M Rixie, Jr.                                                 Chapter 7
Carolyn A Rixie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3           Date Rcvd: May 08, 2013
                              Form ID: pdf006             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2013.
db/jdb       +Thomas M Rixie, Jr.,   Carolyn A Rixie,   629 Winfield Dr,   South Beloit, IL 61080-2549
18536516      Bank Of America,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
19824551      Capital One, N.A.,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18536517     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18536519     +Citi-bp Oil,   Po Box 6497,   Sioux Falls, SD 57117-6497
18536520     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,
               Kansas City, MO 64195-0363
18536522     +Citizens Bank,   480 Jefferson Blvd.,   Rje 135,   Warwick, RI 02886-1359
18536523     +Citizens Finance,   6457 N. Second St.,   Loves Park, IL 61111-4109
18536524     +Fifth Third Bank,   Box 740789,   Cincinnati, OH 45274-0789
18536525     +Fifth Third Bank,   Fifth Third Bank Bankruptcy Department,,   1830 East Paris Ave.,
               Grand Rapids, MI 49546-6253
19810094     +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
18536526     +Ford Cred,   Po Box 6275,   Deerborn, MI 48121-6275
18536527     +Ford Credit,   Box 542000,   Omaha, NE 68154-8000
18536529     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
18536530     +Hsbc/Menards,   Attn: Bankruptcy Dept,   Po Box 5263,   Carol Stream, IL 60197-5263
18536532      Sears/cbna,   133200 Smith Rd,   Cleveland, OH 44130
18536533     +Southern Lakes/cred Un,   Pob 310,   Kenosha, WI 53141-0310
18536534     +Stillman Banccorp,   101 E Main St,   Stillman Valley, IL 61084-9027
18536535     +Stillman Bank,   Box 150,   Stillman Valley, IL 61084-0150
18536536     +Target Credit Card (TC),   C/O Financial & Retail Services,   Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
18536537     +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
               Minneapolis, MN 55440-9475
18536539    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
18536538     +Well Fargo Mortgage,   Box 5296,   Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19635017      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2013 01:15:23
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
20320107      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2013 01:20:13
               American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK  73124-8866
19952907      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2013 01:22:22    Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18578452     +E-mail/Text: snelson@califf.com May 09 2013 00:54:03    Ford Motor Credit Company LLC,
               c/o Steven L. Nelson,   Snyder, Park, Nelson & Schwiebrt, P.C.,   1600 4th Ave., Ste. 200,
               Rock Island, IL 61201-8632
18536528     +E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 01:14:33    Gemb/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18536531     +E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2013 00:54:29    Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19751786     +E-mail/Text: resurgentbknotifications@resurgent.com May 09 2013 00:53:14
               PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
18536515      E-mail/PDF: cbp@slfs.com May 09 2013 01:19:07    American General Finan,   Po Box 3121,
               Evansville, IN 47731
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18536518*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18536521*    +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,
               Kansas City, MO 64195-0363
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett         Page 2 of 3          Date Rcvd: May 08, 2013
                              Form ID: pdf006        Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3              Date Rcvd: May 08, 2013
                              Form ID: pdf006             Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2013 at the address(es) listed below:

        Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
        Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
        Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
        Daniel  Donahue    on behalf of Accountant Julie A. Cunningham ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
        Jason   Kunowski    on behalf of Debtor Thomas M Rixie, Jr. rockford@jordanpratt.com
        Jason   Kunowski    on behalf of Joint Debtor Carolyn A Rixie rockford@jordanpratt.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Stephen G Balsley    on behalf of Creditor   Stillman Bank sbalsley@bslbv.com
        Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@califf.com
        Terri M Long    on behalf of Creditor   Fifth Third Bank Courts@tmlong.com

                                                                                                                                          TOTAL: 10