UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RIXIE, THOMAS M JR. § Case No. 12-80659
RIXIE, CAROLYN A §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____.  The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DANIEL M. DONAHUE _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citizens Bank 480 Jefferson Blvd. Rje 135 Warwick, RI 02886 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Finance 6457 N. Second St. Loves Park, IL 61111 | | | | | |
| | Fifth Third Bank Box 740789 Cincinnati, OH 45274 | | | | | |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | | | | |
| | Ford Cred Po Box 6275 Deerborn, MI 48121 | | | | | |
| | Ford Credit Box 542000 Omaha, NE 68154 | | | | | |
| | Stillman Bank Box 150 Stillman Valley, IL 61084 | | | | | |
| | Well Fargo Mortgage Box 5296 Carol Stream, IL 60197 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | STILLMAN BANK | | | | | |
| | STILLMAN BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| KRUGER HENRY & HUNTER | | | | | |
| KRUGER HENRY & HUNTER | | | | | |
| KRUGER HENRY & HUNTER | | | | | |
| RECORDING FEES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| PROPERTY TAXES | | | | | |
| PROPERTY TAXES | | | | | |
| REVENUE TAX STAMPS | | | | | |
| STATE REGULATORY FEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| BENNING GROUP, LLC | | | | | |
| REALTOR COMMISSION | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

Document      Page 7 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finan Po Box 3121 Evansville, IN 47731 | | | | | |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi-bp Oil Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Menards Attn: Bankruptcy Dept Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southern Lakes/cred Un Pob 310 Kenosha, WI 53141 | | | | | |
| | Stillman Banccorp 101 E Main St Stillman Valley, IL 61084 | | | | | |
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000005 | CITIBANK, N.A. | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 12-80659   MLB   Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: RIXIE, THOMAS M JR. | Date Filed (f) or Converted (c): 02/27/12 (f) |
| RIXIE, CAROLYN A | 341(a) Meeting Date: 04/02/12 |
| For Period Ending: 11/19/13 | Claims Bar Date: 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 629 Winfield Ave. South Beloit,IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. Box 241A Rt 3 Golconda, IL 62938 | 75,000.00 | 104,000.00 | | 104,470.50 | FA |
| 3. checking account w/ Stllman Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4. older household furniture & personal items | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6. wedding rings and misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 7. employer provided term policy - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 8. term life policys w/ American Life - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9. pension account w/ Local 120 Unoin | 0.00 | 0.00 | | 0.00 | FA |
| 10. Swedes retirement plan | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Polaris 4 wheeler | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 1960 Chevy ( parts are still in boxes) | 500.00 | 0.00 | | 0.00 | FA |
| 13. 2010 Ford F350 | 30,000.00 | 0.00 | | 0.00 | FA |
| 14. 2010 Mercury Mariner | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Puma 5th wheel | 20,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $258,800.00 | $104,000.00 | | $104,470.50 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All the assets have been liquidated. Claims have been reviewed and trustee will be filing a a final report within the next 30 days.

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.03a

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 12-80659     MLB     Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | RIXIE, THOMAS M JR. | Date Filed (f) or Converted (c): | 02/27/12 (f) |
| | RIXIE, CAROLYN A | 341(a) Meeting Date: | 04/02/12 |
| | | Claims Bar Date: | 01/29/13 |

Initial Projected Date of Final Report (TFR): 06/01/13     Current Projected Date of Final Report (TFR): 06/01/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-80659 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RIXIE, THOMAS M JR. | Bank Name: | CONGRESSIONAL BANK |
| | RIXIE, CAROLYN A | Account Number / CD #: | *******8852 GENERAL CHECKING |
| Taxpayer ID No: | *******5360 | | |
| For Period Ending: | 11/19/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | 2 | KRUGER, HENRY & HUNTER REAL ESTATE | SALE PROCEEDS: REAL PROPERTY | | 35,324.42 | | 35,324.42 |
| | | STILLMAN BANK | Memo Amount: ( 59,866.06 ) | 4110-000 | | | |
| | | | PAYOFF MORTGAGE | | | | |
| | | STILLMAN BANK | Memo Amount: ( 39.66 ) | 4110-000 | | | |
| | | | 3 DAYS INTEREST PAYOFF | | | | |
| | | | Memo Amount: ( 975.00 ) | 2820-000 | | | |
| | | | PROPERTY TAXES | | | | |
| | | | Memo Amount: ( 1,189.86 ) | 2820-000 | | | |
| | | | PROPERTY TAXES | | | | |
| | | | Memo Amount: ( 6,240.00 ) | 3510-000 | | | |
| | | | REALTOR COMMISSION | | | | |
| | | KRUGER HENRY & HUNTER | Memo Amount: ( 103.00 ) | 2500-000 | | | |
| | | | TITLE INSURANCE | | | | |
| | | KRUGER HENRY & HUNTER | Memo Amount: ( 15.00 ) | 2500-000 | | | |
| | | | WIRE FEE | | | | |
| | | | Memo Amount: ( 38.00 ) | 2500-000 | | | |
| | | | RECORDING FEES | | | | |
| | | | Memo Amount: ( 156.00 ) | 2820-000 | | | |
| | | | REVENUE TAX STAMPS | | | | |
| | | | Memo Amount: ( 3.00 ) | 2820-000 | | | |
| | | | STATE REGULATORY FEE | | | | |
| | | KRUGER HENRY & HUNTER | Memo Amount: ( 50.00 ) | 2500-000 | | | |
| | | | STATUTORY CPL FEE | | | | |
| | | | Memo Amount: 104,000.00 | 1129-000 | | | |
| | | | SALE PROCEEDS: REAL ESTATE | | | | |
| 04/03/13 | 000100 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1st fee appl. | 3110-000 | | 6,184.50 | 29,139.92 |
| 04/03/13 | 000101 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST FEE APPL. | 3120-000 | | 211.17 | 28,928.75 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (3/8/13) | 2600-000 | | 33.87 | 28,894.88 |

Page Subtotals  35,324.42  6,429.54

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-80659 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RIXIE, THOMAS M JR. | Bank Name: | CONGRESSIONAL BANK |
|  | RIXIE, CAROLYN A | Account Number / CD #: | *******8852  GENERAL CHECKING |
| Taxpayer ID No: | *******5360 |  |  |
| For Period Ending: | 11/19/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/17/13 | 000102 | BENNING GROUP, LLC<br>6785 Weaver Rd., Ste. 2A<br>Rockford, IL 61114-8056 | ACCOUNTING FEES | 3410-000 | | 500.00 | 28,394.88 |
| 06/10/13 | 000103 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 8,450.00 | 19,944.88 |
| 06/10/13 | 000104 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,681.50 | 18,263.38 |
| 06/10/13 | 000105 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 101.37 | 18,162.01 |
| 06/10/13 | 000106 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 71.7% | 7100-000 | | 1,502.84 | 16,659.17 |
| 06/10/13 | 000107 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 71.7% | 7100-000 | | 6,743.05 | 9,916.12 |
| 06/10/13 | 000108 | Fifth Third Bank<br>1830 E. Paris S.E., MS #RSCB3E<br>Grand Rapids, MI 49546 | Claim 000003, Payment 71.7% | 7100-000 | | 5,878.88 | 4,037.24 |
| 06/10/13 | 000109 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 71.7% | 7100-000 | | 631.77 | 3,405.47 |
| 06/10/13 | 000110 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000005, Payment 71.7% | 7100-000 | | 3,405.47 | 0.00 |
| 08/06/13 | 2 | FIFTH THIRD BANK | REFUND OF PAID CLAIM | 1110-000 | | -470.50 | 470.50 |
| 09/23/13 | 000111 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866 | Claim 000001, Payment 2.7% | 7100-000 | | 57.57 | 412.93 |

Page Subtotals        0.00        28,481.95

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-80659 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | RIXIE, THOMAS M JR. | | Bank Name: | CONGRESSIONAL BANK |
| | RIXIE, CAROLYN A | | Account Number / CD #: | *******8852  GENERAL CHECKING |
| Taxpayer ID No: | *******5360 | | | |
| For Period Ending: | 11/19/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/13 | 000112 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 2.7% | 7100-000 | | 258.30 | 154.63 |
| 09/23/13 | 000113 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 2.7% | 7100-000 | | 24.19 | 130.44 |
| 09/23/13 | 000114 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000005, Payment 2.7% | 7100-000 | | 130.44 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 104,000.00 | COLUMN TOTALS | 35,324.42 | 35,324.42 | 0.00 |
| Memo Allocation Disbursements: | 68,675.58 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 35,324.42 | 35,324.42 | |
| Memo Allocation Net: | 35,324.42 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 35,324.42 | 35,324.42 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 104,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 68,675.58 | GENERAL CHECKING - ********8852 | 35,324.42 | 35,324.42 | 0.00 |
| Total Memo Allocation Net: | 35,324.42 | | 35,324.42 | 35,324.42 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    412.93

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-80659 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | RIXIE, THOMAS M JR. | | Bank Name: | CONGRESSIONAL BANK |
| | RIXIE, CAROLYN A | | Account Number / CD #: | *******8852  GENERAL CHECKING |
| Taxpayer ID No: | *******5360 | | | |
| For Period Ending: | 11/19/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 17.03a